FILED
09 FEB 23 PM 12:30
RICHARD...
CLERK, U.S. ...
NORTHERN D... ...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No. C 09 80030 MISC

Richard John Papst - #80503

**ORDER TO SHOW CAUSE**

_____/

It appearing that Richard John Papst has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective December 7, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Richard John Papst
Law Office of Richard J. Papst
1430 Truxtun Avenue, #803
Bakersfield, CA 93301